IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No:

**EVANS RUSSELL**,
    Plaintiff,

v.

**PARTY CITY CORPORATION**,
    Defendant.

_____

## COMPLAINT

Plaintiff, EVANS RUSSELL ("RUSSELL"), by counsel, sues the Defendant, PARTY CITY CORPORATION ("PARTY CITY"), and as grounds, states as follows:

*PARTIES*

1. Plaintiff, Russell, is an individual and a citizen of the State of Florida and of the United States. Plaintiff is African-American by ethnicity or race and resides in Miami-Dade County, Florida.

2. Defendant, Party City, is a Delaware corporation headquartered in Rockaway, New Jersey.

*JURISDICTION AND VENUE*

3. Jurisdiction is based upon the provisions of Title 28 United States Code, §1331 and §1343 in that the cause arises under the provisions of the Civil Rights Act of 1866, 42 U.S.C. §1981, an Act of Congress providing for the protection of civil rights.

4. Venue lies properly within the Southern District of Florida where the Defendant operates and where the cause of action accrued.

## *GENERAL ALLEGATIONS*

5. Russell was hired by Defendant to work part-time for the 2021 Halloween season.

6. Russell was assigned to work in the Cutler Bay store on South Dixie Highway.

7. On October 16, 2021, while at work, he was asked to sweep an area.

8. Apparently, his sweeping displeased a supervisor who attacked him with some sort of implement while calling him a "f**k ni**er".

9. Plaintiff was literally run out of the store by this supervisor and, for intents and purposes, terminated.

10. Plaintiff received a call the following day from someone in store or risk management, but has had no further contact with Party City.

11. Plaintiff's counsel sent a litigation hold letter to an in-house attorney for Party City on October 19,2021, which communication was acknowledged November 1.

## *42 U.S.C. 1981 - RACE DISCRIMINATION*

12. Plaintiff re-adopts and re-alleges ¶ 1 through 11 as if fully set forth herein.

13. Defendant, Party City, discriminated against Plaintiff, Russell, on the account of his race and ethnicity by attacking him with an implement and calling him racial names on October 16, 2021 and terminating him.

14. As a direct and proximate result of the Defendant's discriminatory practices, Russell has sustained, and is currently sustaining, economic and non-economic losses including, but not limited to, loss of income, emotional pain and suffering, humiliation, shame and mental anguish.

WHEREFORE, Plaintiff requests the following relief:

a. Entry of judgment for damages, including punitive damages, against the Defendant for Plaintiff's pain and suffering;

b. Award of back pay and front pay;

c. Award costs, interest and attorneys 'fees; and

d. Such other and further relief as may be deemed just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury as to all issues so triable as a matter of right.

**DATED FEBRUARY 3, 2022**

BY: */s/ G. Ware Cornell, Jr.*
G. Ware Cornell, Jr.
Fla. Bar No.: 203920
ware@warecornell.com
**CORNELL & ASSOCIATES, P.A.**
Counsel for Plaintiff
2645 Executive Park Drive
Weston, Fla. 33331
Tel: (954) 618-1041